UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

EDRIS D. DAVIS,

    Plaintiff,

vs.

CONNOR HEATON,

    Defendant.

60th DC Case No: 24-184199-GC

| | |
|---|---|
| **EDRIS D. DAVIS**<br>2432 Baker Street<br>Muskegon, MI 49444 | **JAMES W. LAMB (P84657)**<br>PLUNKETT COONEY, PC<br>Attorney for Defendant<br>333 Bridge Street, N.W., Ste. 530<br>Grand Rapids, MI 49504<br>Phone \| 616-752-4601<br>E-Mail \| jlamb@plunkettcooney.com<br>ayaklin@plunkettcooney.com |

## NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

TO:    United States District Court Judges of the Western District of Michigan

NOW COMES Defendant, Connor Heaton, by and through his attorneys Plunkett Cooney, and pursuant to 28 U.S.C. § 1441(a) and § 1446, file this Notice of Removal based on the following:

1.    On or about September 5, 2024, Plaintiff Edris D. Davis filed his Affidavit and Claim against Defendant Connor Heaton, a law enforcement officer of the Roosevelt Park Police Department, in small claims of the 60th Judicial District Court in Muskegon County, State of Michigan.

2. On September 25, 2024, the 60th Judicial District Court entered a demand and order for removal from small claims. Therefore, the case is now pending the 60th Judicial District Court, assigned case number 24-184199-GC in which Edris D. Davis is the plaintiff; Connor Heaton is the named defendant.

3. The action, as alleged in the Affidavit and Claim, is a suit brought under the statutes and Constitution of the United States. Specifically, Plaintiff appears to allege the following causes of action: (1) deprivation of civil rights pursuant to U.S.C. 42 § 1983; (2) a conspiracy against rights under U.S.C. 18 § 241, U.S.C. 18 § 242, and U.S.C. 42 § 1985; and (3) an action for neglect to prevent interference with civil rights under U.S.C. 42 § 1986 arising from an incident between Plaintiff Edris and Defendant Heaton that occurred in August 2024. Furthermore, the Plaintiff also appears to be challenging the 60th Judicial District Court's jurisdiction over his claims based on his status as a sovereign citizen.

4. The action filed by Plaintiff is one which the District Courts of the United States would have original jurisdiction under 28 U.S.C. § 1331 as a civil action arising under the Constitution and statutes of the United States.

5. This Notice of Removal is timely filed within thirty days after Defendant Heaton acknowledged service of the Affidavit and Complaint.

6. Attached to this Notice of Removal is a copy of the various Affidavits and Claims stating the causes of action and claims for relief by the Plaintiff against the Defendant.

7. A written notice of this Notice of Removal has been given to all parties as required by law and a Proof of Service is attached.

8. A written notice of this Notice of Removal has been filed with the Clerk of the 60th Judicial District Court, State of Michigan as required by law.

WHEREFORE, Defendant Heaton requests it be allowed to affect removal of this matter from the Muskegon County 60th Judicial District Court, State of Michigan, to the United States District Court for the Western District of Michigan.

Respectfully submitted,

DATED: October 7, 2024

PLUNKETT COONEY

BY: */s/ James W. Lamb*
    JAMES W. LAMB (P84657)
    Attorneys for Defendant
    333 Bridge Street, NW., Suite 530
    Grand Rapids, Michigan 49504
    (616) 752-4601
    jlamb@plunkettcooney.com

Open.00560.43089.35266161-1