UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDRIS D. DAVIS,

    Plaintiff,

v.

CONNOR HEATON,

    Defendant.

_____/

Case No. 1:24-cv-1050

HON. JANE M. BECKERING

**ORDER**

This is a civil action.  On October 7, 2024, Defendant filed a Notice of Removal (ECF No. 1), removing this action from the 60th District Court, Muskegon, Michigan.  Following the removal, Defendant filed a Motion to Dismiss (ECF No. 5).  Plaintiff filed a Motion to Remand (ECF No. 10).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 17) on July 30, 2025, recommending that this Court remand this matter to the state court for lack of federal jurisdiction.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that this matter is REMANDED to the 60th District Court, Muskegon, Michigan, for the reasons stated in the Report and Recommendation.

Dated: August 20, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge